AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
Northern District of California

**FILED**

AUG 1 0 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

United States of America )
v. ) Case No. 3-09-70703 MEJ
)
) Charging District: North District of Indiana
*Defendant* ) Charging District's Case No.

Zhi Jian Jieng and Bin Jiang

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

Place: 201 Robert A. Grant Courthouse
204 South Main Street
South Bend, IN 46601

Courtroom No.:

Date and Time: August 25, 2009 at 2:00 pm

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: AUG 1 0 2009

*Judge's signature*

Maria-Elena James, Chief United States Magistrate Judge
*Printed name and title*